**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 20-20099  
**Case Name:** RITE-PRODUCTS FAMILY, INC.  
**For Period Ending:** 07/09/2021

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 03/17/2020 (f)  
**§ 341(a) Meeting Date:** 05/13/2020  
**Claims Bar Date:** 08/11/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account at Citizens Bank | 92.76 | 92.76 | | 19.79 | FA |
| 2 | John Trenfield (Commercial real estate lease) | 2,650.00 | 2,650.00 | | 0.00 | FA |
| 3 | Burns & Wilcox | 3,156.69 | 3,156.69 | | 71.33 | FA |
| 4 | Accounts Receivable | 274.99 | 274.99 | | 0.00 | FA |
| 5 | Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Inventory | 329,290.49 | 0.00 | | 20,000.00 | FA |
| 7 | Warehouse equipment | 24,645.00 | 0.00 | | 0.00 | FA |
| 8 | Signage | 4,319.00 | 0.00 | | 0.00 | FA |
| 9 | Computers, Phone System, etc. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 11750 I-27 South Amarillo, TX 79119 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Trademark: Ranch Rite | 0.00 | 0.00 | | 0.00 | FA |
| 12 | http://www.ranch-rite.com/ | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Ebay Stores | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Goodwill | 1,199,000.00 | 0.00 | | 0.00 | FA |
| 15 | TWC refund (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Preference Litigation (u) | 0.00 | 0.00 | | 24,000.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$1,563,428.93** | **$6,174.44** | | **$44,091.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

Sale of inventory, including purchasers payment of property tax lien on same, remains in process. Purchaser states it will pay tax claim in July, 2021.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021     **Current Projected Date Of Final Report (TFR):** 12/31/2021

07/09/2021                                    /s/Kent Ries  
Date                                          Kent Ries